IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| LASHUNDA WOODSON, individually and for and on behalf of the wrongful death beneficiaries of Timothy Young, deceased; MELANIE CURTIS; CYNTHIA WILSON; GWENETTA YOUNG; and ANGELA YOUNG | § § § § § § § | PLAINTIFFS |
| v. | § | CIVIL ACTION NO. 1:08CV232-LG-RHW |
| PEARL RIVER COUNTY, MISSISSIPPI; FORREST GENERAL HOSPITAL, d/b/a HIGHLAND COMMUNITY HOSPITAL; DR. JOHN BARTON, in his individual capacity; RETA LUMPKIN, in her individual and official capacity; and JOHN and JANE DOES 1-20 | § § § § § § § | DEFENDANTS |

## JUDGMENT

This matter having come on to be heard on the Motions for Summary Judgment filed by the defendants, the Court, after a full review and consideration of the Motions, the pleadings on file, and the relevant legal authority, finds that in accord with the memorandum opinions and orders entered herewith,

**IT IS ORDERED AND ADJUDGED** that the plaintiffs' claims are hereby **DISMISSED**.

**SO ORDERED AND ADJUDGED** this the 5th day of January, 2010.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE